# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRYAN KNOWLES,** | : | |
| Plaintiff | : | No. 4:17-cv-01297 |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Mehalchick)** |
| **DEVILLE ASSET MANAGEMENT,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 28th day of June 2018, upon notification from counsel for Plaintiff that the parties have reached settlement in this matter, **IT IS ORDERED THAT** the above-captioned action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if settlement is not consummated. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania